IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHIRLEY TEMPLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 4:12cv262 |
| | § | Judge Clark/Judge Mazzant |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| AS SUCCESSOR TRUSTEE TO BANK | § | |
| OF AMERICA, N.A., AS TRUSTEE FOR | § | |
| THE CERTIFICATEHOLDERS OF THE | § | |
| SAIL 2005-1 TRUST FUND and | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 13, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Bank of America, N.A.'s and U.S. Bank, N.A., Trustee for the Certificate Holders of the SAIL 2005-1 trust fund's Motion to Dismiss [Doc. #30] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

1

It is, therefore, **ORDERED** that Defendant Bank of America, N.A.'s and U.S. Bank, N.A., Trustee for the Certificate Holders of the SAIL 2005-1 trust fund's Motion to Dismiss [Doc. #30] is **DENIED.**

So **ORDERED** and **SIGNED** on January  31 , 2013.

*Ron Clark*

Ron Clark
United States District Judge